IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, *et al.*, | |
| Plaintiffs, | Civil Action No. 14-226 |
| v. | Judge Cathy Bissoon |
| JUSTIN TRESCO, d/b/a J.T. CONSTRUCTION, | |
| Defendant, | |
| v. | |
| GALWAY BAY CORP., | |
| Garnishee. | |

## ORDER

Plaintiffs' Motion for Entry of Default Judgment against Garnishee Galway Bay Corp. (**Doc. 32**) is **GRANTED**. Judgment is entered in favor of the Plaintiffs and against the Garnishee, Galway Bay Corp., in an unliquidated amount.

Pursuant to Federal Rule of Civil Procedure 69(a)(1),[1] and Pennsylvania Rule of Civil Procedure 3146(a)(1), the Court will assess the amount of the Judgment at a hearing on **June 18, 2015, at 10:30 a.m.** in Courtroom 6B, Sixth Floor, U.S. Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219. Plaintiffs shall provide any notice required under Pa. R. Civ. P. 3146(a)(2).

---

[1] *See* Mackey v. Lanier Collection Agency & Serv., Inc., 486 U.S. 825, 834 (1988) (consistent with Federal Rule 69(a), "state-law methods for collecting money judgments" apply in ERISA cases).

IT IS SO ORDERED

May 29, 2015                                              s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via ECF email notification):

All counsel of record